USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-1-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cesar Eduardo Joj Perez, Inocente Joj Sacuj, Juan Rivera-Raymundo, Pablo Ruiz Garcia, and Orlando De La Torre, *on behalf of themselves and others similarly situated*

    *Plaintiffs*,

-v-

Relay Deliver, Inc., Alex Blum and Michael Chevett, *in their individual and professional capacity*,

    *Defendants*.

Civil Case No.: 16-cv-06599-ALC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys Pardalis & Nohavicka, LLP hereby give notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-referenced action is voluntarily dismissed *without prejudice* against all Defendants.

Dated: Astoria, New York
       November 29, 2016

PARDALIS & NOHAVICKA LLP

By: _____
Yesy Sanchez, Esq.
*Attorneys for Plaintiffs*

**SO ORDERED:**

_____
U.S.D.J.

12-1-16